# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW FIELDS, III, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-cv-346-DRH |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court *sua sponte*. On December 18, 2008, the Court issued a Memorandum and Order (Doc. 18) revoking Plaintiff's *in forma pauperis* status because he had accumulated "3 strikes" under 28 U.S.C. § 1915(g) prior to commencing this action. The Court ordered Plaintiff to pay the full $350 filing fee within 15 days. Plaintiff was warned that if he did not pay the full filing fee within the time allotted, then his case would be closed for failure to pay the filing fee and for failing to comply with an order of this Court. More than 15 days have passed and Plaintiff has not paid the full filing fee as directed.

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED**, with prejudice, for failing to pay the full filing fee and for failing to comply with an order of this Court.

**IT IS SO ORDERED.**

**DATED:** January 9, 2009.

/s/ DavidRHerndon
**DISTRICT JUDGE**