# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW FIELDS, III, ) ) Plaintiff, ) ) vs. ) ) FEDERAL BUREAU OF PRISONS, *et al.*, ) ) ) Defendants. | CIVIL NO. 07-cv-346-DRH |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Plaintiff's motion to stay proceedings (Doc. 21). In this motion Plaintiff seeks "extra time" to prepare his legal documents and to gather his documents. However, on January 9, 2009, this Court entered a judgment dismissing Plaintiff's complaint for failing to pay the $350 filing fee as previously directed (Doc. 20). The Court found that Plaintiff was required to pay the full filing fee because he had accumulated "3 strikes" under 28 U.S.C. § 1915(g) before filing the instant action. The Court further found that Plaintiff's complaint failed to allege facts indicating that Plaintiff was "under imminent danger of serious physical injury." Accordingly, Plaintiff's motion to stay proceedings (Doc. 21) is **DENIED** without consideration of the merits.

**IT IS SO ORDERED.**

**DATED:** January 29, 2009.

/s/ DavidRHerndon
**DISTRICT JUDGE**